JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN, | CV 19-1874 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ARMANDO PARISCA et al., | |
| Defendants. | |

Pursuant to the Court's September 13, 2019 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED September 15, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE